E-FILED
Friday, 26 February, 2021 02:52:21 PM
Clerk, U.S. District Court, ILCD

# MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 · Fax: 814-629-7644

| Effective Dates | Medications | Hour |
|---|---|---|
| Original Order 1/10/2019; Discontinue 1/9/2020; Rx #54593256 | **ALVESCO 160MCG AER** — MOTON, LORI<br>INHALE 1 PUFF(S) BY MOUTH DAILY *RETURN EMPTY CONTAINER* | 0800 |
| Original Order 6/5/2019; Discontinue 9/3/2020; Rx #54977806 NFA Expires: 8/12/2019 | **GABAPENTIN 300MG CAP** — SUB FOR: NEURONTIN — DUPREY, ROBERT<br>TAKE 2 CAPSULE(S) BY MOUTH TWICE A DAY *DOT* | 0800<br>2000 |
| Original Order 8/15/2019; Discontinue 8/11/2019; Rx #55007749 | **MIRTAZAPINE 30MG TAB** — SUB FOR: REMERON — THAPAR, NITIN<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME | 2000 |
| Original Order 8/14/2019; Discontinue 8/12/2019; Rx #54684604 | **MOISTURIZING LOTION (LUCKY) PUMP LOT** — SUB FOR: LUBRIDERM — MOTON, LORI<br>APPLY TO AFFECTED AREA(S) EVERY DAY<br>#1 76419 | 0800 |
| Original Order 1/10/2019; Discontinue 1/9/2020; Rx #54593261 | **MONTELUKAST 10MG TAB** — SUB FOR: SINGULAIR — MOTON, LORI<br>TAKE 1 TABLET(S) BY MOUTH DAILY | 0800 |
| Original Order PRN 1/10/2019; Discontinue 1/9/2020; Rx #54593265 | **XOPENEX HFA 45MCG AER** — SUB FOR: LEVALBUTEROL — MOTON, LORI<br>INHALE 1-2 PUFF(S) BY MOUTH EVERY 4-6 HOURS AS NEEDED *RETURN EMPTY CONTAINER* | |

Day columns 1–31: handwritten initials; day 13, Moisturizing Lotion: "5 T DC".

Initial / Signature: [illegible]

1-C-74

| Location | Date of Birth or Soc. Sec. No. | Allergies | | | Diagnosis |
|---|---|---|---|---|---|
| 4028 [illegible] | 01/02/1995 | NO KNOWN DRUG ALLERGY | | | |
| **Inmate Name and Number** | | **Facility** | **Charting for** | **Through** | |
| CARTER, SHAQUAN Y15666 | | DANVILLE CORR CTR | 08/01/2019 | 08/31/2019 | |

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## PROGRAM COMMITTEE
## FINAL SUMMARY REPORT

Name: CARTER, SHAQUAN
Hearing Date/Time: 9/6/2019 09:40 AM
Incident Number: 201903678/1 - DAN

IDOC Number: Y15666
Living Unit: DAN-S-01-13
Status: Final

Race: BLK
Orientation Status: N/A

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/31/2019 | 201903678/1-DAN | BLACKER, KEVIN M | R1C | 09:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 308 | Contraband/Unauthorized Property | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

**RECORD OF PROCEEDINGS**

ODR read Offender was identified by state photo ID. Offender Carter Y15666 pleads guilty, states he (Carter) had excess commissary items.

(Proof that Kevin Blacker was in charge of all my property)

**BASIS FOR DECISION**

Based on the guilty plea of Offender Carter Y15666.
Based on the written report of C/O Blacker, this R/O was inventorying Offender carter Y15666 of R1 C wing cell 74's property. After he was taken to seg. Offender carter had the following excess property: 2 plastic bowls, 2 plastic cups, 1 beef stew, 3 candy bars, 3 boxes Kool aid, 11 shredded beef, 5 chips, 3 coffee, 15 mackerel, 34 noodles, 2 tortilla shells, 2 spices, 4 cheeses, 8 cheese rice, 4 sausages, 4 soda, 3 tuna, 6 BBQ sauce, 8 salad dressing. Property did not fit in box.

**DISCIPLINARY ACTION** *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| Verbal Reprimand | Verbal Reprimand |
| Basis for Discipline: | |

**Signatures**

**Hearing Committee**

| | | | |
|---|---|---|---|
| TATE, JAMES E - Chair Person | [signature] Signature | 09/06/19 Date | WHI Race |
| GILMARTIN, JOEL E | [signature] Signature | 09/06/19 Date | HSP Race |

Recommended Action Approved

**Final Comments:** N/A

VICTOR P CALLOWAY / VPC 9/11/2019
Chief Administrative Officer

[signature] Signature — 09/11/19 Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

...ALKER
...ving Copy to Committed Person

9/12/2019 03:00 PM
When Served -- Date and Time

Danville Correctional Center
Resident Personal Property Record

Resident Name: Carter Resident Number: Y15666 Date Packed: 8-31-19
Date Transferred: ______ Transferred To: ______ Property Sent To: ______
Property Box #: ______ Correspondence Box #: ______

## MISCELLANEOUS

[ ] Address Book
[ ] Bible
[10] Books
[ ] Checker Set
[ ] Chess Set
[2] Dictionary
[ ] Drink Container
[ ] Drawing Pad
[ ] Misc. Papers
[ ] Ear Plug
[ ] Erasers
[ ] Eyeglasses
[ ] Eyeglass Case
[ ] Greeting Cards
[ ] Koran
[ ] Legal Papers
[ ] Letters
[ ] Dominoes
[ ] Magazines
[ ] Playing Cards
[ ] Notebooks
[ ] Paint (Art Supplies)
[ ] Pencils (Color)
[ ] Pencils (Lead)
[ ] Photos (No Hot Shots)
[2] Photo Album
[ ] Pastel Colors
[ ] Plastic Bowl (24 oz W/lid)
[2] Plastic Cup (W/lid)
[ ] ______
[ ] Prayer Rug
[ ] Ruler (1-Flexible)
[ ] State Pen
[ ] Write-Outs
[ ] ______
[ ] ______

## CLOTHING

[1] Show [illegible]
[ ] Ski Band
[1] Cap
[ ] Coat (Denim)
[2] Gloves
[2] Gym Shoes
[5] Gym Shorts
[ ] Handkerchief
[ ] Hat (Knit)
[ ] Kufi
[3] Laundry Bag
[ ] Pajama (Top)
[ ] Pajama (Bottom)
[1] Shower Shoes
[10] Socks (White)
[2] Sweat Pants
[2] Sweatshirt
[ ] Thermal (Top)
[ ] Thermal (Bottom)
[11] T-Shirt (White)
[ ] Undershirts
[ ] Underwear, Boxers or Briefs
[2] [illegible]
[ ] Boots (State)
[1] Coat (State)
[ ] Jacket (State)
[ ] Pants (State)
[ ] Shirts (State)

## COSMETICS

[ ] After Shave
[ ] Allergy Pills
[1] Chap Stick
[1] Cocoa Butter
[1] Comb
[ ] Dentures
[4] Deodorant
[ ] Foot Powder
[ ] Baby Powder
[2] Hair Brush
[ ] Hair Conditioner (30)
[1] Hair Dressing
[1] Hair Gel
[ ] Hair Pick
[3] Lotion
[ ] Mouthwash
[ ] Tylenol/Ibuprofen
[ ] Cough Drops
[1] Nail Clippers
[ ] Noxzema
[4] Ointment (Each)
[ ] Q-tips
[3] Razor
[1] Shampoo (15)
[ ] Shaving Cream
[1] Eye Drops
[ ] ______
[5] Soap (Bars)
[2] Soap Dish
[1] Toothbrush
[ ] Toothbrush Holder
[3] Toothpaste
[ ] Vaseline
[ ] Vitamins (100/Bottle)
[1] Muscle Rub
[ ] Body Wash

## FOOD ITEMS

[ ] Beans
[1] Beef Stew
[ ] Cakes (Little Debbie)
[ ] Candy (Bag)
[3] Candy (Bars)
[ ] Cereal
[ ] Chili
[3] Drink Mix
[ ] Peanuts
[4] Shredded Beef
[5] Chips
[ ] Coco Mix
[3] Coffee (4 oz)
[ ] Cookies
[ ] Crackers
[2] Salad Dressing
[ ] Mac & Cheese
[ ] Tea Bags
[10] Mackerel/Fish Steaks
[ ] Shredded Pork
[ ] Mayonnaise (Packets)
[ ] Meat Sticks
[ ] Mustard (Packets)
[34] Noodles
[ ] Oatmeal (10)
[3] Tortilla Shells
[ ] Peanut Butter
[2] Spices (of each)
[4] Cheese Spread/Squeeze
[ ] Powdered Milk (4 oz)
[8] Rice
[4] Sausages
[4] Soda
[ ] Sweetener
[ ] Honey Buns
[3] Tuna
[2] BBQ Sauce
[ ] Pop Tarts
[ ] Chicken

## LINENS/STAPLES

[2] Blankets
[3] Laundry Soap (20)
[ ] Mattress Cover
[3] Pillow Cases
[2] Sheets
[3] Bath Towels/Washcloths (7 total)
[ ] Toilet Paper
[ ] Fabric Softener

## ELECTRONICS

[1] Audio Extension
[2] Batteries (2 per appliance)
[2] Cassette Tapes
[2] Ear Buds
[3] Extension Cord
[ ] Power Adapter
[1] T.V. Cable
[ ] ______

## 5 – PERMIT ITEMS

Hot Pot: [illegible]
Fan: [illegible]
Beard Trimmers: [illegible]
Typewriter: ______
Electronic Razor: ______
Book Light: [illegible]
Calculator: [illegible]
Jewelry: ______
Wrist Watch: ______
Headphones: KOSS

MP-3 Player: ______ Serial#: ______ Model#: ______ [ ] Operable [ ] Inoperable
Television: [illegible] Serial#: [illegible] Model#: [illegible] [✓] Operable [ ] Inoperable
Radio: [illegible] Serial#: ______ Model#: ______ [ ] Operable [ ] Inoperable
Walkman: ______ Serial#: ______ Model#: ______ [ ] Operable [ ] Inoperable

Hereby certify that the Personal Property Sheet I am signing contains a true and complete listing of my Personal Property.

Resident's Signature: [signature] ID#: Y15666 Date: 8-31-19
Witness: ______ Checking Officer: ______
Listed By: ______

Dan7004 (Eff. 6/2017)

No signature By Blaker

* Proof that my asthma pump wasn't labled By C/o Blacker *
* Also Proof that he didn't sign, shows guilt of disposing my asthma pump.

EX. 1

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Danville Corr Center

Offender Information:

Carter (Last Name) Shaquan (First Name) MI ID#: Y15666

| Date/Time | Subjective, Objective, Assessment | Plans |
| --- | --- | --- |
| 9.1.19 | RN note | |
| | Code 3 for pt. found lying | |
| | on floor. pt. not responsive to. | |
| | verbal stimuli. pt jumps up | |
| | when this RN attempts to roll | |
| | him over for sternal chest rub. | |
| | pt. alert, audible wheezing | |
| | regular @ 20pm. O2 99%. | |
| | pt. brought back to HCU and | |
| | given neb tx c O2. Inhaler | |
| | was not in patients box outside his | |
| | segregation cell. VS 142/75. | |
| | 73. 18. 99% O2 RA. ECG done; | |
| | NSR c sinus arrhythmia. pt. | |
| | states that he feels much | |
| | better and that "this only happened | |
| | because they wouldn't give me my inhaler last night." — | cont. RN note d. Geim, RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Danville Corr Center

Offender Information:

Carter (Last Name) Shaquan (First Name) MI ID#: Y15666

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-1-19 | cont. RN note. S;S? lung wheeze) provider consulted. orders received. Prednisone 20mg P.O Qdaily x5 days. pt. OK to return to segregation. inhaler given to security for placement outside cell in box. pt. in no distress and denies needs | d. Gain, RN |
| 9/5/19 12:46 p | Psych Note: DOC 0371, 0284 sent to psych. noted [signature] 9-5-19 | cont F/U [signature] LPC NCC |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Danville Correctional Center

CHEST PAIN

Offender Information:

Carter | Shannon | | ID#: Y15666
Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-3-19 | RN NOTE EPN/CMT NOTE | P) MD Referral for all cases: (call on-call MD if not on-site) |
| 0030 | S) - How long has the pain been present? since yesterday after an asthma attack | - Nursing Intervention when doctor is not present or ~~cannot be reached and Myocardial Infarction or~~ |
| | - How did it start (i.e., with activity, at rest, etc.)? | angina is suspected: (verify medications and allergies prior to treatment) |
| | - Any past medical history of heart problems? no, hx asthma | - Call 911 for immediate transport to a hospital<br>- Continue to monitor all vital signs and pulse ox |
| | - Describe the pain (sharp, knife-like, tightness, squeezing, dull, stabbing, etc.)? | - Place patient in comfortable position, preferably lying back with head elevated |
| | - Pain on a scale of 1-10? 6 | - If patient does not have a contraindication to aspirin 325mg, give plain, non-coated 325mg aspirin tablet With sips of water. This can be chewed by the pt. |
| | - Any recent injury or muscle strain to the chest? fell yesterday | - Monitor vital signs every 15 minutes if waiting for and ambulance |
| | - identify cardiac risk factors? denies HTN, | - Document status and treatment administered |
| | - Any associated symptoms? (nausea, vomiting, dyspnea, dizzy, diaphoresis, pain in an arm or in the neck) | - Document history of pain, location, radiation, duration |
| | SOB | - Start oxygen at four (4) liters/minute nasal cannula and monitor pulse oximeter |
| | - What relieves the pain? What intensifies the pain (coughing, breathing, movement, activity)? | - Establish venous access line (18 or 20 gauge access) |
| | | - If the patient has been prescribed Nitroglycerine, this can be given sublingual 0.4mg as prescribed, document BP reading. |
| | - Any recent injury or muscle strain to the chest? asthma attack yesterday | - Await further MD orders |
| | - Current medication, compliance with medication, time of last dose? has a rescue inhaler | |
| | | |
| | - Allergies to foods or medications? peanut butter | OVER |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS



Offender Outpatient Progress Notes

Danville Correctional Center

CHEST PAIN (Cont.)

Offender information: Carter (Last Name) Shaquan (First Name) MI ID#: Y15666

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-3-19 0030 | O) T P 60 R 18 BP 128/76 WT<br>Pulse Oximeter Reading - 98% | Patient Teaching: |
| | - Note appearance (diaphoretic, SOB, skin color)<br>race appropriate, no diaphoresis or SOB | - Dependent on cause of Chest Pain |
| | - Auscultate the lungs; note wheezing or abnormal breath sounds | Follow up: |
| | - Check the heart rhythm; note any irregularities | - As per physician direction |
| | - Observe for the following objective conditions and document | Nurse educated pt that it |
| | - Abnormal vital signs | is normal after a severe |
| | - Diaphoresis | |
| | - Shortness of breath | asthma attack to have |
| | - Dizziness | |
| | - Numbness radiating to arm, shoulder, mandible or neck | pain r/t muscle strain |
| | - Nausea/Vomiting | |
| | - Cyanosis | |
| | - Weakness | Proof of Pain |
| | - Tenderness to palpation of chest wall | |
| | - Pain with motion of shoulder or arm | after attack (extended after affect |
| | - Pain with deep inspiration or expiration | |
| | - Skin color (pink, mottled, cyanotic, gray, pale, flushed) | |
| | - Skin temperature (warm, hot, cool, clammy, dry) | |
| | | |
| | | Nurse Signature [signature] |
| | A) R/O Cardiac Induced Chest Pain | Payment voucher YES (NO) |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EX 2

513

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

**Type of Report:** ☑ Disciplinary ☐ Investigative

Facility: Danville CC Date: 8/31/19

Offender Name: Carter, Shaquan ID #: Y15666

Observation Date: 8/31/19 Approximate Time: 8:30 ☐ a.m. ☑ p.m. Location: 1C wing

**Offense(s): DR 504:** 107 Sexual misconduct 304 insolence

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time this reporting CON PRN was passing meds in R1 on C wing to OF Carter Shaquan Y15666 when he touched this R/PN PRN in a sexual manner by grabbing this R/PN PRN's hand. OF Carter made this R/PN PRN feel uncomfortable. There is no reason for OF Carter to make physical contact with this R/PN PRN because meds are passed to offenders by a plastic medicine cup directly to their hand. 2one Lt notified and OF Carter was ID'd by state ID

Witness(es):

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| Daryl Davis | | [signature] | 8/31/19 | 10:50 ☐ a.m. ☑ p.m. |

**Disciplinary Action:**

**Shift Review:** ☑ Temporary Confinement ☐ Investigative Status Reasons: Safety & Security of Facility

Major Hinkle 788 — Printed Name and Badge #

[signature] — Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)

Date: 8/28/19

**Reviewing Officer's Decision:** ☑ Confinement reviewed by Reviewing Officer Comment: Security of the Facility

☑ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction**, submitted to Program Unit

Maj Davis 727 — Print Reviewing Officer's Name and Badge #

Maj Davis 727 — Reviewing Officer's Signature

Date: 8-31-19

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

T Walker 3032 — Print Hearing Investigator's Name and Badge #

[signature] — Hearing Investigator's Signature

Date: 9/2/19

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign X — Offender's Signature X — ID#

T Bean — Serving Employee (Print Name) 2074 — Badge # [signature] — Signature

9-2-19 — Date Served 1140 — Time Served ☑ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature ID#

EX 2

# State of Illinois -- Department of Corrections Disciplinary Tracking Inmate Disciplinary Card

Name: CARTER, SHAQUAN

IDOC # :Y15666

Transferred In: 2016-08-31

Disciplinary History from 1/1/1998 through 9/23/2019

Living Unit: DAN/S /01/13

| Incident Date<br>Incident/Summ#/Inst.<br>Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 8/21/2019<br>201903553/1-DAN<br>Minor | 304 Insolence<br>313 Disobeying a Direct Order | Guilty<br>Guilty | 1 Months Commissary Restriction |
| 8/31/2019<br>201903685/1-DAN<br>Major | 107 Sexual Misconduct<br>Comments: grabbing RN's hand<br>304 Insolence | Guilty<br><br>Guilty | 1 Months C Grade/Level<br>1 Months Segregation<br>Transfer (Disciplinary)<br>1 Months Day Room Restriction<br>1 Months Commissary Restriction<br>1 Months Audio/Visual Restriction |
| 8/31/2019<br>201903678/1-DAN<br>Minor | 308 Contraband/Unauthorized Property | Guilty | Verbal Reprimand |

Proof that I was Found guilty From False accusations which led to a lot of Stress, Loss, Pain and triggered Anxiety /and my asthma

esHe

EX 3

ILLINOIS DEPARTMENT OF CORRECTIONS

EVALUATION OF SUICIDE POTENTIAL

Danville
Facility

Date: 9/18/19

Offender Name: Carter, Shawn
Last, First, MI

ID #: Y15666

DOB: 1/2/95

**ollow-up**

OTE: If evaluation was completed by someone other than a MHP/Psychiatrist, follow-up must be completed by MHP/Psychiatrist).

| A Joseph | A. Joseph, LCNC | 9/18/19 | 337P |
|---|---|---|---|
| Print Name | Signature | Date | Time |

Summary of follow-up and interventions/recommendations (if any):

Crisis

Frustrated that he's in seg for a TRD. States that he was in college classes before coming to seg. Reports med compliance. Discussed coping skills. States that it is defamation of character because of the ticket because he didn't do it. Frustrated that he can't call his family. States that he got hit in the head w/ a basketball & his ear hurts. Pt advised to put in for NSC. Reports med compliance. Denies SI/HI. Denies AH/VH. Returned to GP seg

err
AJ

Ex 4

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CARTER, SHAQUAN
**Hearing Date/Time:** 9/6/2019 09:40 AM
**Incident Number:** 201903685/3 - DAN

**IDOC Number:** Y15666 2A5 2
**Living Unit:** ~~DAN-3-01-13~~
**Status:** Final

**Race:** BLK
**Orientation Status:** N/A

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 8/31/2019 | 201903685/1-DAN | DAVIS, DARCY | R1C | 08:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 107 | Sexual Misconduct<br>*Comments:grabbing RN's hand* | Not Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

ODR read Offender was identified by state photo ID. Offender Carter Y15666 pleads not guilty, states that he accidently touched the nurse's hand through the chuck hole while receiving his medication. Offender Carter states that he (Carter) was looking away when he reached into the chuck hole to receive his medication.

## BASIS FOR DECISION

Based on the admission of Offender Carter Y15666 that he touched the nurse's hand while receiving his medication. Based on the written report of Nurse Darcy Davis, this reporting LPN, PRN was passing meds in R1 on c wing to Offender Carter Y15666 when he touched this R/LPN, PRN in a sexual manner by grabbing this R/LPN,PRN's hand. Offender carter made this R/LPN,PRN feel uncomfortable. There is no reason for Offender carter to make physical contact with this R/LPN because meds are passed to offenders by plastic medicine cup directly to their hand. Zone Lt notified.

Proof that she changed her story

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 15 Days Commissary Restriction<br>**Basis for Discipline:**nature of offense | 15 Days Commissary Restriction |

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| TATE, JAMES E - Chair Person | Tate | 09/06/19 | WHI |
| GILMARTIN, JOEL E | [signature] | 09/06/19 | HSP |

Recommended Action Approved

**Final Comments:** N/A

VICTOR P CALLOWAY / VPC 9/24/2019
**Chief Administrative Officer**

Signature: [signature] Date: 09/24/19

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

TALIA R WALKER
**Employee Serving Copy to Committed Person**

9/24/2019 03:00 PM
**When Served -- Date and Time**

Run Date: 9/24/2019 09:06:59

EX 5

2 A25

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

002222

Date: 9/13/19 | Offender: (Please Print) Shaquan Carter | ID#: Y15666

Present Facility: Danville Correctional Center | Facility where grievance issue occurred: Danville Correctional Center

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☑ Staff Conduct
- ☐ Dietary
- ☑ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify):
- ☑ Disciplinary Report: 8/31/19 (Date of Report) Danville Correctional Center (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Ive Been missing My College Classes for 2 weeks, since the incident on (8/31/2019) I was let out of my cell for Medication line, by a Correctional Officer around 8:30 pm. During Medication Line You have to Reach through a Rectangle Box to recieve my medication while the Nurse is on the other side of the glass. During Medication line on 8/31/2019 my hand bumped the Nurses hand, and I was hand cuffed and sent to Segregation Because Nurse Darcy Davis wrote me a ticket for 107 Sexual Misconduct →

**Relief Requested:** Please expunge my tickets that were written on 8/31/19 and Remove me From Segragation A.S.A.P. Immediately. My 8th amendment rights were violated.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature | Y15666 ID# | 9/13/19 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 10/3/19 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issues resolved on 10/3/19. Only discipline received was 15 days commissary restriction.

J. Gooch (Print Counselor's Name) | [signature] (Counselor's Signature) | 10/3/19 (Date of Response)

**EMERGENCY REVIEW**

Date Received: 9/16/19 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature | 9/16/19 Date

DANVILLE CORRECTIONAL CENTER SEP 16 2019 GRIEVANCE OFFICER
DANVILLE CORRECTIONAL CENTER SEP 17 2019 GRIEVANCE OFFICER
DANVILLE CORRECTIONAL CENTER OCT 02 2019 GRIEVANCE OFFICER
DANVILLE CORRECTIONAL CENTER OCT 03 2019 GRIEVANCE OFFICER

Distribution: Master File; Offender



Printed on Recycled Paper

00222

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

and 304 insolence which was very excessive and unnecessary For a Simple mistake. I've Been in this prison for 3 years, this is my First time in Segregation and I've Never had this in my Background also I Never had this incident with ANY other Nurse. I also had an asthma attack since I've Been in Segregation. / Also I've Been having anxiety attacks From Being in one spot without movement, I am ON medication For anxiety and asthma.

Please Expunge My Tickets From 8/31/19 Because thats defamation of character. and Remove Me From Segregation Immediately due to the violation of my 8th amendment Rights that have Been violated while I've Been in Segregation due to my medical Needs.



ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

C 0 2 2 5 4

Date: 9/18/19 Offender: (Please Print) Shaquan Carter ID#: Y15666

Present Facility: Danville Correctional Center Facility where grievance issue occurred: Danville Correctional Center

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ____
- ☑ Disciplinary Report: 8/31/19 (Date of Report) Danville Correctional Center (Facility where issued)

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On (August, 31, 2019) I was located on (1C-cell 74) and on the same day (8/31/19).. I was sent to segregation around 8:30 p.m. because my hand accidently bumped the Nurses hand during medication line. I previously wrote a grievance about the incident, because Nurse Darcy Davis wrote me up for a (107 sexual misconduct) and an (insolence) which was totally False and excessive because Nothing Sexual happened, it only takes 2 seconds to get my medication and the Nurse is on the other side of the glass during medication line and you have to reach ⟶

Relief Requested: Expunge the (107 sexual misconduct) from my record. I'll even do my 30 days segregation time but I just want the (107) charge Removed from my Record. Please!

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature Y15666 ID# 9/18/19 Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 10/3/19 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issue resolved on 10/3/19, Only discipline received was 15 days commissary restriction.

Jeremy Gooch Print Counselor's Name [signature] Counselor's Signature 10/3/19 Date of Response

## EMERGENCY REVIEW

Date Received: 9/20/19 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature 9/20/19 Date

DANVILLE CORRECTIONAL CENTER SEP 19 2019 GRIEVANCE OFFICER
DANVILLE CORRECTIONAL CENTER SEP 24 2019
DANVILLE CORRECTIONAL CENTER OCT 02 2019 GRIEVANCE OFFICER
DANVILLE CORRECTIONAL CENTER OCT 03 2019 GRIEVANCE OFFICER

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

through a Rectangle area to recieve the medication. It is a hand to hand transaction so it's easy to bump hands. Also Lt. Simmons was present and standing Next to the Nurse. I put him as a witness on my ticket, but he told me that "He didn't see anything because he wasn't paying attention". When it was his Job to monitor the Nurse. I put Lt. Simmons as a witness to this incident pertaining to the ticket that Darcy Davis wrote as (sexual misconduct and (insolence). I've been in Segregation since 8/31/19. Today is 9/18/19. I recieved the Ticket summary for this incident on 9/17/19.. The ticket summary said I was Guilty of Both offenses (107 sexual misconduct) and (304 insolence).. and the punishment I recieved was 1 month in Segregation. Which was very excessive and unfair due to the Fact that NOTHING sexual happened. I've been locked up/incarcerated for more than 4 years and I've Never had an incident of sexual misconduct. I've been in danville correctional center since September of 2016. I've also been on Medication line since I've been in this prison and Never had this problem with any other Nurse. This is defamation of my character and my 8th amendment Right has been violated multiple times since I've Been in Segregation due to deliberate indifference.

I'm Requesting to have the sexual misconduct to be expunged and I need to be removed from Segregation A.S.A.P / I also want to be sent to 4 house when I get out of Segregation, for the inconvience I've had to go through. (anxiety attacks and an asthma attack) / (also crisis Team, requests I've had to make). Also all of my commissary was taken. Please Return it once I get out of SEGregation. This is also My First time in Segregation so I'm really Suffering (mentally) and (physically).

Assigned Grievance #/Institution: ______ Housing Unit: 2A-52 Bed #: ______

1st Lvl rec: ______ ILLINOIS DEPARTMENT OF CORRECTIONS **Offender's Grievance** 2nd Lvl rec: ______

| Date: 10/1/19 | Offender (please print): Shaquan Carter | ID #: Y15666 | Race (optional): |
|---|---|---|---|
| Present Facility: Danville Correctional Center | | Facility where grievance issue occurred: Danville Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): ______
- [x] Disciplinary Report 8/31/19 (Date of report) Danville Correctional Center (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of 8/31/19 I was sent to Segregation For Being Falsly accused of Sexual misconduct Because Darcy Davis wrote me a ticket, and Falsly accused me of touching her hand in a sexual manner during a 2 second medication transaction during Medication line while on 1C during the time of about 8:30 p.m. on 8/31/19. I Believe she wrote the False ticket which was For a (107 sexual misconduct) and (304 Insolence). →

[x] Continued on reverse

**Relief Requested:**

Please Have Staff Follow protocal properly and Be more professional & also take Health of Inmates Very Seriously.

[x] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature    Y15666 ID#    10/1/19 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature    Date

Page 2 of an-answered grievance.

Assigned Grievance #/Institution: Housing Unit: Bed #:

1st Lvl rec: ILLINOIS DEPARTMENT OF CORRECTIONS **Offender's Grievance** 2nd Lvl rec:

Which I Believe was Retaliation Because we had words atleast twice about her giving me the wrong medication on multiple occasions. I was walked to Segregation By Lt. Simmons, which Simmons was Next to Darcy Davis during the time of Medication line on 8/31/19 around 8:30 pm on 1C. But Lt. Simmons said he didn't see what happened when it was his job to monitor Nurse Darcy Davis during "Med. Line". later after I was walked to Segregation, I started to panick and having Shortness of Breath, due to the Severe charges I was possibly Facing. Also Because I Never had been in Segregation. Also I feared the Worst, because I already knew this was a Corrupt prison because the C.O. Withers took my asthma pump before and I was Now in Segregation under False accusations. So I yelled "C.O. who did Carters property" Because at the moment I didnt know officers Names. which later was identified as "Kevin Blacker" which was the Officer who did inventory on All of my personal property.
I told Kevin Blacker, "I cant Breath" and I also asked for my asthma pump. He then said "I'll place it in Box outside your ceil when I get to it".. I told Kevin Blacker that I have asthma and could have an asthma attack, then he aggressively said "I Lost it" I told Blacker "Stop playing". Then C.O. Blacker said "If you couldn't breath you wouldn't Be talking". A short time later I asked C.O. Hucks For my asthma pump and he said it wasn't in my property. C.O. Kevin Blacker seems to Be corrupt and intentionally Harrassing me because, he did my property inventory but did Not even sign the property sheet, which he was supposed to do. Also he wrote Me a ticket For excessive property. Plus I know that he disposed of my asthma pump because it was in my Box and also he said "I'll put outside your cell" So he was aware that it was in My property. Even if he misplaced it, he should've called Healthcare Asap and get me one. Later that night I Forced myself to sleep To avoid an asthma attack.. The Next Morning (9/1/19) I experienced shortness of Breath again So I yelled for a C.O. But Nobody responded and there are No Emergency Buttons in Segregation Cells, here at Danville C.C. Around 9:45 a.m. on 9/1/19 I had a Severe asthma attack and was Found NON-responsive / was treated at healthcare after being carried to healthcare. After being treated Nurse Cole told Officers my asthma pump should've Been right outside of my segregation cell, she then issued me a New one. Eventually I recieved a Summery which had Severe punishment such as, 1 month audio visual, 1 month dayroom restriction, disciplinary transfer, 1 month C-grade, 1 month commissary restriction, and 1 month Segregation Due to Darcy Davis's Lies. This caused so much depression and other mental anguish, loss of sleep etc. This situation also got me put out of College which affects a pontentially early outdate. Eventually after doing about 21 or 22 days in Segregation. Warden Calloway told me Darcy Davis changed her story and I was Found (Not Guilty) On the (Sexual Misconduct) But found guilty on insolence but How? if all accusations were False from the start.. and (Insolence) doesn't hold Segregation times, plus I only recieved (15 days days commisary restriction For the (Insolence) - So I did all that Segregation time and went through all those Extreme conditions, had my rights violated due to the actions of Darcy Davis, Kevin Blacker, Warden Calloway.

To: Springfield Administrative Review Board
I was told to Send this grievance to you (Springfield) - administrative Review Board.

• I have attached grievance and a Summary of the incident pertaining to the grievance.

RECEIVED
OCT 05 2020
ADMINISTRATIVE REVIEW BOARD.

By the Way this is my Second time submitting this grievance to you. But I didnt get a Response the First time which was about 6 Months ago.

Please Respond this Time
Thank You. Have a Blessed Day.

* attached is 4 page summary about the incident.

* and attached is the grievance, (which this prison told me to send it to you.)

(I am Shaquan Carter # Y15666
located at Illinois River Correctional Center

Assigned Grievance Officer / Institution: 5665 Ho Unit: 1A-15 Bed #:

1st Lvl rec: MAR 23 2020 200636 ILLINOIS DEPARTMENT OF CORRECTIONS 2nd Lvl rec:

**Offender's Grievance**

| Date: 2/27/20 | Offender (please print): Shaquan Carter | ID #: Y15666 | Race (optional): |
|---|---|---|---|
| Present Facility: Illinois River Correctional Center | | Facility where grievance issue occurred: Danville Correctional Center | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify):
- [x] Disciplinary Report 8/31/19 (Date of report) Danville Correctional Center (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I submitted 4 grievances pertaining to an Emergency incident that Happened at Danville Correctional Center. Grievance #2222 was submitted on 9/13/19. Grievance #2254 was submitted on 9/18/19. Then I submitted 2 grievances in the Beginning of October of 2019. Grievance # 2346 was submitted around October 2nd of 2019 and I submitted a grievance around 10/4/19. Grievances #2222 and #2254 were submitted atleast 4 times. Each time Both grievances were Returned and Stamped "Grievance Officer" But I

[x] Continued on reverse

**Relief Requested:**

Danville Needs More Professional staff. A false ticket was written on me I had to suffer in Segregation and suffer a Severe asthma attack because of the Fact there are No emergency Button in the Segregation cells, at Danville Correctional Center / I had anxiety attacks, asthma attack, chest pains due to deliberate indifference to medical Needs / Please Treat inmates with more Care.

- [x] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is **NOT** an emergency grievance.

[signature] Offender's Signature — Y15666 ID# — 2/27/20 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ [ ] Send directly to Grievance Officer

[x] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Print Counselor's Name — Sign Counselor's Name — Date

RECEIVED OCT 05 2020 ADMINISTRATIVE REVIEW BOARD

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: 3/23/20

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature — 3/24/20 Date

Assigned Grievance #/Institution: ______ Housing Unit: 1A-15 Bed #: ______

1st Lvl rec: ______ ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance** 2nd Lvl rec: ______

Never recieved a Response From Grievance Officer, the counselor was the only one that Replied To grievance # 2222 and # 2254... Grievance #2346 was NEVER returned to me, I was only Notified that grievance # 2346 was sent to **WARDEN** for determination. The Grievance I submitted around 10/4/19 was NEVER responded to or Returned to Me. Counselor Gooch Said, It was never recieved By Him and the grievance wasn't on Record. I was Transferred to Illinois River Correctional Center less than 30 days after submitting those 2 grievances in October of 2019. The grievance I submitted around 10/4/19 explained the Cruel situation about a False disciplinary ticket, My asthma attack and How the Warden Victor Calloway told me that Nurse Darcy Davis changed Her story / Basically Everything that I went through Because of the ticket that Darcy Davis Wrote on 8/31/19. It is Now Febuary of 2020 and I still Never Recieved Responses to the Grievances I submitted in October of 2019. Danville Correctional Center Seems to Be avoiding / hiding this situation. the situation I'm Referring to is... On 8/31/19 Nurse Darcy Davis wrote me a ticket For Sexual Misconduct and Insolence, she lied and wrote that I touched Her hand in a sexual manner during Medication line around 8:30 p.m. on 8/31/19 I was located on 1C-cell 74 (my cell) / the truth was our hands bumped accidently due to a Hand to Hand transaction because I Had to Reach through a Rectangle area to get my medication, while Darcy Davis was on the other side of the glass. Lt. Simmons was standing By Nurse Darcy Davis to monitor medication line But he told me He didn't see what happened because He wasn't paying attention because he was watching the Deck (1C). Lt. Simmons also walked me to Segregation For this incident. On 8/31/19 around 8:35 p.m. Once I got to Segregation (Cell 13) / I Recieved a sheet of Paper that showed me Every item that was confiscated /(in Staff's possession). When I seen there was No asthma Pump on the Inventory sheet I asked C.O. Hacks was it in my Property, C.O. Hacks said He Couldn't Find it /and at 10:55 p.m. He confirmed that it was Not in my Property. I began to Panic because I need my asthma Pump through out the day, this was still the night of 8/31/19. Around 12 a.m of 9/1/19 I was Having Shortness of Breath. another C.O. told me my asthma Pump wasn't in my Property, So I went to sleep to avoid an asthma attack. On 9/1/19 around 9:39 a.m. I yelled For a C.O. Because I had shortness of Breath and THERE WERE NO EMERGENCY BUTTONS IN the Segregation Cells when I was in Segregation at Danville Correctional Center. At around 9:45 a.m I Had an asthma attack and was Found Not Responsive and carried to Healthcare. I was treated with oxygen and asthma medication through a Mask. Nurse Cole said my asthma pump was sent to Healthcare which is why it wasn't in my Property. When it Should've been in the Brown Box outside of my Segregation Cell. which is the only Place you are allowed to Have an asthma pump in Segregation at Danville Correctional Center (at that time). I was given (1 month Segregation / 1 month C-grade / 1 month Commissary Restriction / 1 month audio visual / Disciplinary Transfer) For the ticket Darcy Davis wrote on 8/31/19. Warden Victor Calloway told me Darcy Davis changed Her story while I was in Segregation. Warden Calloway stated that Darcy Davis Said that Nothing sexual Happened. I was Released From Segregation around 9/21/19. On 9/24/19 a New Summary Found Me NOT-GUILTY for sexual misconduct But, Guilty for Insolence, which Doesn't Hold Segregation time, and I was still Transferred. I suffered Nearly 22 days in Segregation. Darcy Davis wasn't punished. (this was my only time in Segregation / I had anxiety attacks, chest pain etc.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Carter (Last Name) Shaquan (First Name) ___ (MI) Y15666 (ID#)

Facility: IL River

☑ Grievance: Facility Grievance # (if applicable) ________ Dated: 2/27/20 or ☐ Correspondence: Dated: ________

Received: 10/5/20 (Date) Regarding: DR 8/31/19, prior grvs filed

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ________ (Date)
- ☐ No justification provided for additional consideration.

Other (specify): ________

Completed by: Sarah Johnson (Print Name) [signature] (Signature) 10/13/20 (Date)

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)