UNITED STATES district Court
For the Central District of Illinois.

Shaquan Carter #Y15666
　　　* Plaintiff

-vs-

Darcy Davis, et al
　　* Defendant

Case #: 21-2039-SEM.

## [MOTION TO AMEND RELIEF]

- In the Complaint, Plaintiff Requested Money damages and To be transferred to Prison of Plaintiffs choice, (when the case is Ruled in Plaintiffs Favor).

- (Out of High Respect for the Courts), Plaintiff would like to excercise his right To ~~Amend Relief~~ (Amend Reliefs/As requests) To Complaint.

- (THE NEW RELIEF that Plaintiff Respectfully requests:) Is to be given (MONEY DAMAGES) For the Fact that Plaintiff was Removed From College due to the False Allegations of Darcy Davis. Which affected Plaintiffs Potential Early Outdate. Even though Darcy eventually told ~~the~~ the Warden the truth and I was Eventually Released From Segregation, I Still was in Segregation For more than 20 days. Which made me miss too Many college classes/ to pass the Class. So I was Removed From the College Courses at Danville. CC.