IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT, SPRINGFIELD DIVISION

| | |
|---|---|
| SHAQUAN CARTER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) Case No. 21-2039-SEM-TSH ) ) |
| DARCY DAVIS, et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANT CALLOWAY'S ANSWER AND AFFIRMATIVE DEFENSES**

NOW COMES Defendant, VICTOR CALLOWAY, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby file his Answer and Affirmative Defenses to Plaintiff's Complaint (Doc. 1), pursuant to the Court's Merit Review Order (Doc. 7), stating as follows:

**ALLEGATIONS ENUMERATED IN COURT MERIT REVIEW OPINION[1]**

Plaintiff alleges that his hand accidently bumped Nurse Darcy Davis' hand as Nurse Davis passed Plaintiff's asthma and anxiety medicine to Plaintiff. Nurse Davis allegedly wrote a false disciplinary report accusing Plaintiff of sexual misconduct and insolence, and Plaintiff was taken to segregation pending a disciplinary hearing on the report. Nurse Davis was allegedly motivated, Plaintiff suspects, by Plaintiff's prior admonitions to Nurse Davis when she gave him incorrect medicines.

**RESPONSE: Defendant Calloway lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.**

---

[1] See Local Rule 16.3(E)(2)

While in segregation, Defendant Kevin Blacker refused Plaintiff's pleas for Plaintiff's asthma medicine, causing Plaintiff to suffer a severe asthma attack.

**RESPONSE: Defendant Calloway lacks the knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.**

The disciplinary committee originally found Plaintiff guilty on both charges but then found Plaintiff not guilty on the sexual misconduct charge after Nurse Davis admitted to Warden Calloway that Plaintiff had not touched Nurse Davis' hand in a sexual manner. Plaintiff was still found guilty of insolence and punished with 15 days of commissary restriction. Plaintiff was also allegedly subjected to a disciplinary transfer after filing grievances about these incidents.

**RESPONSE: Defendant Calloway denies the allegations against him. Defendant Calloway denies he retaliated against Plaintiff in violation of his First Amendment rights. Defendant Calloway denies any violations of Plaintiff's constitutional rights whatsoever.**

## RELIEF REQUESTED

**Defendant Calloway denies Plaintiff is entitled to any relief whatsoever.**

## JURY DEMAND

**Defendant Calloway demands a jury trial on all triable issues.**

## AFFIRMATIVE DEFENSES

### I. Sovereign Immunity

Plaintiff's claim for monetary damages against Defendant Calloway is his official capacity is barred by the doctrine of sovereign immunity under the Eleventh Amendment.

### II. Qualified Immunity

At all times relevant, Defendant Calloway acted in good faith in the performance of his official duties and without violating clearly established or constitutional rights of which a

2

reasonable person would have known. Defendant Calloway is, therefore, protected from suit by the doctrine of qualified immunity.

### III. Failure to Exhaust

Plaintiff filed this lawsuit concerning prison conditions while in the custody of the Illinois Department of Corrections and failed to properly exhaust his administrative remedies as is required prior to filing suit under 42 U.S.C. §1983; therefore, his claims are barred by the Prison Litigation Reform Act (42 U.S.C §1997e(e)) and *Perez v. Washington Dept. of Corrections*, 182 F. 3d 532 (7th Cir. 1999).

WHEREFORE, for the above and foregoing reasons, Defendant Calloway respectfully requests this honorable Court enter judgment in his favor.

Respectfully submitted,

VICTOR CALLOWAY,

Defendant,

Kathryn Boyle, #6329471
Assistant Attorney General
500 South Second Street
Springfield, IL 60701
(217) 782-5819 Phone
(217) 782-8767 Fax
Kathryn.Boyle@illinois.gov

KWAME RAOUL, Illinois Attorney General,

Attorney for Defendant,

By: s/Kathryn Boyle
    KATHRYN BOYLE
    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT, SPRINGFIELD DIVISION**

| | |
|---|---|
| SHAQUAN CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-2039-SEM-TSH |
| DARCY DAVIS, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, the foregoing document, **Defendant Calloway's Answer and Affirmative Defenses**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    NONE

And I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant(s):

    Shaquan Carter (Y15666)
    Illinois River Correctional Center
    Inmate Mail/Parcels
    PO Box 99
    Canton, IL 61520

                                                                                                By: s/Kathryn Boyle
                                                                                                 Kathryn Boyle, #6329471
                                                                                                 Assistant Attorney General
                                                                                                 500 South Second Street
                                                                                                 Springfield, Illinois 62701
                                                                                                 P: (217) 782-5819
                                                                                                 F: (217) 782-8767
                                                                                                 E: Kathryn.Boyle@illinois.gov