E-FILED
Thursday, 07 April, 2022 04:55:23 PM
Clerk, U.S. District Court, ILCD

United States District Court
For the Central District of Illinois.

Shaquan Carter #Y15666
(plaintiff)

vs.

Darcy Davis et al.

Case # (21 cv. 2039)

[ Motion To Amend  (relevant documents) ]

1. Plaintiff recieved copies of grievances that plaintiff filed in the past, From the attorney representing : Defendants (Calloway) and (Blacker).

2. Plaintiff Noticed that there is an Error on plaintiffs "Un-answered" grievance, because the Front of the un-answered grievance is correct and dated 10/1/19, but, the Back of the grievance is a copy of (the Back of another grievance Filed by plaintiff). Which is the Back of grievance (211675).

3. Plaintiff did NOT File a double sided ~~document~~ grievance when he Filed Complaint, Each exhibit and grievance were one sided documents, so Plaintiff does NOT know How this Happened.

Page 1 of 3

4. So, plaintiff (Respectfully) Requests To Amend a Copy of the "Un-answered grievance".

5. Due To the Fact that the "Un-answered grievance" is Extremely Relevent To this case and shows How (Danville Correctional Center) did NOT Follow grievance procedures / which is Very Relevent To the current Summary Judgement in this Case pertaining to Exhaustion of Remedies.

6. Plaintiff has previously submitted the "Un-answered grievance" in original complaint as ~~but~~ an exhibit, but does NOT know how defendants have mixed up 2 different grievances.
View exhibit that says "Un-answered grievance" and view grievance (211675). (the Back of grievance (211675) ~~Other one grievance~~ Someone had to mix up my Exhibits because the Back of ~~the~~ grievance (2222) is supposed to be the Back of the "un-answered grievance". It seems that defendants documents are mixed up.

Page 2 of 3

7. • So, Plaintiff (Respectfully) Requests to Amend grievances in Correct Order To Clear up Any conFusion.

8. • Plaintiff has attached 6 grievance papers which are Labled (A, B, C, D, E, F)

9. • ● Document (A) - is first page oF grievance (2222)
   Document (B) - is second page OF grievance (2222)
   Document (C) - Page 1 oF "un-answered grievance"
   Document (D) - Page 2 oF "un-answered grievance".
   Document (E) - is Page 1 oF grievance (211675)
   Document (F) - is page 2 oF grievance (211675)

10. * Plaintiff asks Court to View documents in Correct order, because it seems as iF someone other than plaintiff has mixed up grievances/exhibits. Relevant to this case (according to documents that defendants are submitting to Plaintiff.).

Page 3 oF 3

EX 5

A ... +

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

2 A15  002222

| Date: 9/13/19 | Offender: (Please Print) Shaquan Carter | ID#: Y15666 |

| Present Facility: Danville Correctional Center | Facility where grievance issue occurred: Danville Correctional Center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [✓] Staff Conduct
- [ ] Dietary
- [✓] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [✓] Disciplinary Report: 8/31/19 _____ Danville Correctional Center
  Date of Report        Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I've Been missing My College Classes for 2 weeks, since the incident on (8/31/2019) I was let out of my cell for Medication line, by a Correctional Officer around 8:30 pm. During Medication Line You have to Reach through a Rectangle Box to recieve my medication while the Nurse is on the other side of the glass. During Medication line on 8/31/2019 my hand bumped the Nurses hand, and I was hand cuffed and sent to Segregation Because Nurse Darcy Davis Wrote me a ticket for 107 Sexual Misconduct.

Relief Requested: Please expunge my tickets that were written on 8/31/19 and Remove me From Segregation A.S.A.P. Immediately. My 8th amendment rights were violated.

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Shqu Cte _____ Y15666   9/13/19
Offender's Signature        ID#    Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) |

Date Received: 10/3/19    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Issues resolved on 10/3/19. Only discipline received was 15 days commissary restriction.

J. Gooch _____ [signature] _____ 10/3/19
Print Counselor's Name    Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** |

Date Received: 9/16/19    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[stamps:]
DANVILLE CORRECTIONAL CENTER
SEP 18 2019
GRIEVANCE OFFICER

DANVILLE CORRECTIONAL CENTER
SEP 17 2019
GRIEVANCE OFFICER

DANVILLE CORRECTIONAL CENTER
OCT 02 2019
GRIEVANCE OFFICER

DANVILLE CORRECTIONAL CENTER
OCT 03 2019
GRIEVANCE OFFICER

[signature] Chief Administrative Officer's Signature    9/16/19   Date

Printed on Recycled Paper    DOC 0046 (8/2012)

and 304 Insolence which was very excessive and unnecessary For a simple mistake. I've Been in this prison for 3 years, this is my First time in Segregation and I've Never had this in my Background also I Never had this incident with ANY other Nurse. I also had an asthma attack since I've Been in Segregation. / Also I've Been having anxiety attacks From Being in one spot without movement, I am on medication for anxiety and asthma.

Please Expunge My Tickets From 8/31/19 Because thats defamation of character. and Remove Me From Segregation Immediately due to the violation of my 8th amendment Rights that have Been violated while I've Been in Segregation due to my medical Needs.

Unaswered Grievence

Assigned Grievance #/Institution _____     Housing Unit: 2A-52     Bed #: ____

C.o.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: ____     2nd Lvl rec: ____

| Date: 10/1/19 | Offender (please print): Shaquan Carter | ID #: Y156666 | Race (optional): |
|---|---|---|---|

| Present Facility: Danville Correctional Center | Facility where grievance issue occurred: Danville Correctional Center |
|---|---|

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☑ Medical Treatment          ☐ ADA Disability Accommodation

☑ Staff Conduct              ☐ Dietary                ☐ HIPAA                       ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☐ Other (specify): ____

☑ Disciplinary Report     8/31/19          Danville Correctional Center
                          Date of report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor

    **Chief Administrative Officer,** only if EMERGENCY grievance

    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of 8/31/19 I was sent to Segregation for being falsly accused of sexual misconduct Because Darcy Davis wrote me a ticket, and falsly accused me of touching her hand in a sexual manner during a 2 second medication transaction during Medication line while on 1c during the time of about 8:30 p.m. on 8/31/19. I believe she wrote the false ticket which was for a (107 sexual misconduct) and (304 Insolence).

☑ Continued on reverse

**Relief Requested:** Please have staff follow protocal properly and be more professionally & also take Health of Inmates Very seriously.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____          Y156666          10/1/19
Offender's Signature                    ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____          _____          _____
Print Counselor's Name                   Sign Counselor's Name               Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with the counselor's response to the grievance officer.

EMERGENCY REVIEW:     Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature          Date

*Page 2 of un-answered grievance*

which I believe was Retaliation Because we had words atleest twice about her giving me the wrong medication on multiple occasions. I was walked to Segregation By Lt. Simmons, which Simmons was Next to Darcy Davis's during the time of Medication line on 8/31/19 around 3:30 pm on 2C. But Lt. Simmons said he didn't see what happened when it was his job to monitor Nurse Darcy Davis during "Med Line." later after I was walked to Segregation, I started to panick and having shortness of Breath, due to the Severe charges I was possibly Facing. Also Because I Never had been in Segregation. Also I Feared the Worst, because I already knew this was a Corrupt prison because the C.O. Withers took my asthma pump before and I was now in Segregation under False accusations. So I yelled "C.O. who did Carters property" Because at the moment I didnt know officers Names which later was identified as "Kevin Blacker" which was the Officer who did inventory on All of my personal Property. I told Kevin Blacker "I cant Breath" and I also asked for my asthma pump. He then said "I'll place it in Box outside your cell when I get to it". I told Kevin Blacker that I have asthma and could have an asthma attack, then he aggressively said "I Lost it" I told Blacker "Stop Playing". Then C.O. Blacker said "If you couldn't breath you wouldn't Be talking". A short time later I asked C.O. Hicks for my asthma pump and he said it wasn't in my property. C.O. Kevin Blacker seems to Be Corrupt and inentionally Harassing me because, he did my property inventory but did Not even sign the property sheet, which he was supposed to do. Also he wrote me a ticket For excessive property. Plus I know that he disposed of my asthma pump because it was in my Box and also he said "I'll put outside your cell". So he was aware that it was in My property. Even if he misplaced it, he shouldve called Healthcare Asap and get me one. Later that night I Forced myself to sleep To avoid an asthma attack. The Next Morning (9/1/19) I experienced shortness of Breath again So I yelled for a C.O. But Nobody responded and there are No Emergency Buttons in Segregation Cells, here at Danville C.C. Around 9:45 a.m. on 9/1/19 I had a Severe asthma attack and was Found NoN-responsive / was treated at healthcare after being carried to healthcare. After being treated Nurse Cole told Officers my asthma pump shouldve Been right outside of my segregation cell, she then issued me a New one. Eventually I recieved a Summary which had Severe punishment such as, 1 month audio visual, 1 month dayroom restriction, disciplinary transfer, 2 month C-grade, 1 month commissary restriction, and 1 month Segregation Due to Darcy Davis's Lies. This caused so much depression and other mental anguish, loss of sleep etc. This situation also got me Past out of College which affects a potententially early outdate. Eventually after doing about 21 or 22 days in Segregation. Warden Calloway told me Darcy Davis changed her story and I was Found (Not Guilty) On the (Sexual Misconduct) But found guilty on Insolence but How? if all accusations were False from the start, and (Insolence) doesn't hold segregation times, plus I only recieved (15 days) days commisary restriction For the (Insolence) – So I did all that Segregation time and went through all those Extreme conditions, had my rights violated due to the actions of Darcy Davis, Kevin Blacker, Warden Calloway.



Housing Unit: 5B-58

211675  ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 8/19/21 | Shaquan Carter | Y156666 | |

| Present Facility: Illinois River Correctional Center | Facility where grievance issue occurred: Illinois River Correctional Center |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [✓] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____   _____
Date of report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Ive Been in Custody For 6 years, since June, 10th 2015. After doing more than half of my sentence, I have experienced multiple experiences of deliberate indifference and deliberate neglect pertaining to my Medical Needs and personal healthcare, including Neglect of (conditions of Confinement, For example ... I Had a Severe asthma attack on (June, 23, 2017) because Officer Withers at (Danville C.C.) confiscated my prescribed asthma pump on (3/24/17) during a shakedown. I complained to multiple Employees at (Danville C.C.) but still went nearly 3 months, with NO asthma pump. I was given a New asthma pump after Severe asthma attack.

[✓] Continued on reverse →

**Relief Requested:**

- o Please give inmates proper cleaning supplies
- o Please Clean Vents and Windows Properly
- o Please Give Inmates Proper Healthcare, and send me out for (CT Scan)
- o Please Stop Neglecting Medical Issues, (I want my CT chest scan)
- o Please Stop Staff from Retaliating, being Racist, and writing False tickets.

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_____   Y156666   8/19/21
Offender's Signature       ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 9-10-21   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Individual in custody does not meet the grievance filing requirements of DR 504F. The Individual in custody fails to specify a date, location, and name(s) of staff involved in the incidents at Illinois River CC. The incident concerning Medical Treatment is a duplicate of grievance #21-5050. If dissatisfied with the response to the original grievance, return copy 108 and total page... is not writing any other grievance, the above stated incidents at Danville CC are outside the 60 day Filing requirements. Counselor recommends denial.   9-10-21

_____   _____   9-10-21
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 8/23/21

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[✓] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   8/23/21
Chief Administrative Officer's Signature   Date

Assigned Grievance #/Institution:                                          Housing Unit 5B-58  Bed #

1st Lvl recd:                          ILLINOIS DEPARTMENT OF CORRECTIONS                          2nd Lvl recd:
                                              **Offender's Grievance**

on (6/23/19).. Then another Malicious traumatic incident happened to Me on (8/31/19)
(August 31st 2019) on this date (Nurse darcy davis) - was a Nurse at Danville
Correctional Center. / On (8/31/19) Nurse Darcy Davis alleged that I grabbed her
hand In a sexual manner during Medication Line, which was Completely False!
I was still walked to Segregation and I Had a Near death asthma attack again,
due to delibrate indifference From Officer (Kevin Blacker), he denied me after I
respectfully requested my asthma pump, by saying "if you couldn't breath you wouldn't
be talking" (Kevin Blacker) also made other statements implicating that he had my asthma
pump but wouldn't give it to me. / He also did Not try to get one From Healthcare (even
if he didn't have it) but after that that I Had a Severe asthma attack on 9/1/19.
while being in Segregation I was Not allowed to Have my asthma pump in my cell
even though I was issued a New one, also (Danville CC.) did Not have emergency
buttons in Segregation cells / which is Extremely Hazardous For an asthmatic.
Which triggered My Anxiety. I was also diagnosed with PTSD approx. a year later.
Also after doing approx. 22 days in Segregation for false allegations of Darcy Davis
She Told (Warden Calloway) that Nothing sexual Happened and I had been Found
guilty before her new confession, but when she told the truth, I was removed From
Segregation and Recieved a New summary that Found Me (NOT-guilty) on the
(Sexual misconduct Ticket charge). Warden Calloway still approved me to be unwillingly
transferred, To (Illinois River C.C.) which is further away From my Family. Being here
at (Illinois River CC.) Ive experienced Racism From officers, I've recieved fabricated
tickets, some were Expunged after Intel investigated or viewed cameras, but most
were Not expunged. The Conditions of Confinement in (Illinois River C.C.) are extremely
Poor. For example; the ventilation is disgusting in Every Cell Ive Been in. The vents in
the cells can't properly be cleaned by me or inmates because we do not have the
proper supplies to clean them because we can't fully access vents, Someone has to
go inside them, to get results. The windows are Filthy as well because it is a
metal screen and Inmates can only clean From the inside. So the window screen
Holds (Dust, Hair, dead Bugs, and spider webs.) the vents have the
exact Same contamination, Which makes it Hard to get Fresh air, and It causes
me to wheeze all the time, its difficult to breath well, this neglect triggers my
asthma frequently. Especially since the Covid Restrictions which causes us to be in
cells for More than 33 hours. Sometimes, / I've been complaining about my pain located
behind my lower rib which is my Lung. I've went on Multiple X-rays and Recently in (July
of 2021) I asked for X-ray results For my X-ray From (6/22/21) and I was told that I have
a (1.5 cm Nodule) on my Lung. / I was suppose to Be sent out For (Chest CT scan for
correlation) according to a Note in medical Records dated (6/29/21) and signed by Doctor on
(7/1/21).. It is Now (9/19/21).. I still have Not been sent out and the Nodule on my
Lung could be Life threatening. My Lung is Extremely painful. My Lung hurts and is almost
unbearable. My Lung was throbbing since (5/14/21) according to medical Records but I
was reporting Pain since (Febuary of 2021) according to medical Records. I remember
going to numerous sick calls, and here I am being Neglected again. I attempted Suicide
on (July, 29, 2021) because my mental Health was poor and I was feeling Hopeless
because I felt like I may die anyway in Illinois Department of Corrections because
of the Deliberate indifference and Extreme Neglect, poor conditions, and staff retaliation
that Ive Experienced in (Illinois DOC.) This is My 3rd Life threatening
Experience! Everything I stated in this Grievance is (True and
Documented.)
                    I still Have Not been issued Proper Cleaning Supplies
For Vents, windows etc.. I still Have Not been sent out for (Chest CT, scan).

*Please E-File documents*
to Springfield Division



UNITED STATES DISTRICT COURT
~~Central~~ DISTRICT OF ILLINOIS
~~Springfield~~ DIVISION
ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for Central District of Illinois for review and filing.

Shaquan Carter
Name

Y15666
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.   Is this a new civil rights complaint or habeas corpus petition?          Yes or No

     If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.   Is this an Amended Complaint or an Amended Habeas Petition?      Yes or No

          If yes, please list case number: _____

          If yes, but you do not know the case number, mark here: _____

3.   Should this document be filed in a pending case?          (Yes) or No

     If yes, please list case number:   (21 cv. 2039)

     If yes, but you do not know the case number, mark here: _____

4.   Please list the total number of pages being transmitted:   9 pages.

5.   If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

Name of Document                              Number of Pages
Motion to Amend                               9 pages.
_____                        _____
_____                        _____
_____                        _____

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.