IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAQUAN CARTER (#Y15666), | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-cv-02039 |
| DARCY DAVIS, *et al.*, | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME TO FILE PROPOSED SCHEDULING ORDER

Defendant, DARCY DAVIS, by her attorneys, BROWN, HAY & STEPHENS, LLP, moves for an extension of time of 48 hours, under Fed. R. Civ. P. 6(b)(1), to file a proposed scheduling order, stating as follows:

1. On September 27, 2023, this Court held a status conference on this matter. At the conclusion of the status conference, this Court asked the attorneys to confer regarding a proposed scheduling order that could be submitted for the Court's consideration. The Court mentioned two dates that it knew it was available for trial—the weeks of June 3, 2024 and June 10, 2024.

2. Counsel met for nearly an hour on October 3, 2023, and exchanged multiple emails today regarding a proposed scheduling order. All sides worked diligently and in good faith to attempt to formulate a scheduling order that accommodated the June 10 trial setting that the Court referenced. Unfortunately, the Defendants could not agree to the scheduling order suggested by the Plaintiff for multiple reasons.

3. As a result, Defendants ask for an additional 48 hours to complete a proposed scheduling order for the Court's consideration.

4. Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the court may, for good cause, extend the time in which any act may or must be done. Fed. R. Civ. P. 6(b)(1).

5.   For the reasons above, sufficient good cause has been shown to extend the deadline as requested herein.

6.   Plaintiff will not be prejudiced by this extension as he is also able to avail himself of this extension.

7.   This Motion is prepared in good faith and not for the purpose of undue delay.

For these reasons, Defendant requests that the Court extend the deadline for filing a proposed scheduling order to the deadline requested herein, and any other relief that this Court deems just.

                                              Respectfully submitted,
                                              **DARCY DAVIS, Defendant**

Dated: October 4, 2023        By:   /s/ Anthony D. Schuering
                                              **BROWN, HAY & STEPHENS, LLP**
                                              Andrew M. Ramage, ARDC# 6256554
                                              Anthony D. Schuering, ARDC# 6333319
                                              aramage@bhslaw.com
                                              aschuering@bhslaw.com
                                              205 S. Fifth Street, Suite 1000
                                              P.O. Box 2459
                                              Springfield, IL 62705-2459
                                              Telephone: 217-544-8491
                                              Facsimile: 217-544-9609

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2023, I caused to be electronically filed this document with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

                                                                      /s/ Anthony D. Schuering

4BD7347